UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| KRISTEN LOCKIE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TOWN OF UNIONTOWN,<br><br>　　　　　　Defendant. | NO: 2:21-CV-0096-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |
|---|---|

　　　BEFORE THE COURT is the parties' Stipulated Motion for Dismissal of Defendant Town of Uniontown with Prejudice (ECF No. 25).  The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal of all claims brought by Plaintiff with prejudice and without cost to either party.  The Court has reviewed the record and files herein and is fully informed.

　　　According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is

3  **DISMISSED** with prejudice and without cost to either party.

4  The District Court Executive is directed to enter this Order and Judgment

5  accordingly, furnish copies to counsel, and **CLOSE** the file.

6  **DATED** January 3, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2