AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2023

SEAN F. McAVOY, CLERK

| | )
KRISTEN LOCKIE, | )
*Plaintiff* | )
v. | )  Civil Action No.   2:21-CV-0096-TOR
| )
| )
TOWN OF UNIONTOWN, | )
*Defendant* | )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and without cost to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE

on the parties' Stipulated Motion for Dismissal of Defendant Town of Uniontown with Prejudice (ECF No. 25).

Date:  January 3, 2023                          *CLERK OF COURT*

                                                SEAN F. McAVOY

                                                *s/ B. Fortenberry*
                                                *(By) Deputy Clerk*
                                                B. Fortenberry